FILED

JUN 13 2005

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

# United States District Court
# For the District of Columbia

| | |
|---|---|
| ALL ONE GOD FAITH, INC. ET AL )<br>)<br>)<br>     Plaintiff  )<br>vs              )<br>)<br>UNITED STATES DEPARTMENT OF )<br>AGRICULTURE et al  )<br>)<br>     Defendant )  | CASE NUMBER  1:05CV01178<br><br>JUDGE: Paul L. Friedman<br><br>DECK TYPE: Administrative Agency Review<br><br>DATE STAMP: 06/13/2005 |

### CERTIFICATE RULE LCvR 7.1

I, the undersigned, counsel of record for **ALL ONE GOD FAITH INC** certify that to the best of my knowledge and belief, the following are parent companies, subsidiaries or affiliates of **ALL ONE GOD FAITH INC** which have any outstanding securities in the hands of the public:

**NONE**

These representations are made in order that judges of this court may determine the need for recusal.

Attorney of Record

_signature_
Signature

255919
BAR IDENTIFICATION NO.

Joseph E Sandler
Print Name

50 E Street SE #300
Address

Washington DC       20003
City          State       Zip Code

(202) 479-1111
Phone Number