

FILED

JUN 1 3 2005

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

# United States District Court
# For the District of Columbia

ALL ONE GOD FAITH, INC. ET AL )
)
)
            vs      Plaintiff )
)
UNITED STATES DEPARTMENT OF )
AGRICULTURE et al )
)
              Defendant )

CASE NUMBER  1:05CV01178

JUDGE: Paul L. Friedman

DECK TYPE: Administrative Agency Review

DATE STAMP: 06/13/2005

### CERTIFICATE RULE LCvR 7.1

I, the undersigned, counsel of record for  ORGANIC CONSUMERS ASSOCIATION  certify that to the best of my knowledge and belief, the following are parent companies, subsidiaries or affiliates of  ALL ONE GOD FAITH INC  which have any outstanding securities in the hands of the public:

**NONE**

These representations are made in order that judges of this court may determine the need for recusal.

Attorney of Record

_Signature_

Joseph E Sandler
Print Name

50 E Street SE #300
Address

Washington DC      20003
City      State      Zip Code

(202) 479-1111
Phone Number

255919
BAR IDENTIFICATION NO.

3