UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ALL ONE GOD FAITH, INC., et al., | ) |
| | ) |
|     Plaintiffs | ) |
| | ) |
|     v. | ) Civil Action No. 05-01178(PLF) |
| | ) |
| UNITED STATES DEPARTMENT OF AGRICULTURE, et al., | ) |
| | ) |
|     Defendants. | ) |

## PRAECIPE

The Clerk of the Court will please enter the appearance of Beverly M. Russell, Assistant U.S. Attorney, as counsel of record for the defendants United States Department of Agriculture and the Honorable Mike Johanns, Secretary, United States Department of Agriculture.

Respectfully submitted,

/s/ Beverly M. Russell
_____
BEVERLY M. RUSSELL, D.C. Bar #454257
Assistant U.S. Attorney
Judiciary Center Building
555 Fourth St., N.W., Rm. E-4915
Washington, D.C.  20530
Ph:  (202) 307-0492
Fax: (202) 514-8780
E-mail: beverly.russell@usdoj.gov