## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ALL ONE GOD FAITH, INC., et al., | ) |
| | ) |
| Plaintiffs | ) |
| | ) |
| v. | ) Civil Action No. 05-01178(PLF) |
| | ) |
| UNITED STATES DEPARTMENT OF | ) |
| AGRICULTURE, et al., | ) |
| | ) |
| Defendants. | ) |
| | ) |

## WITHDRAWAL OF APPEARANCE

The Clerk of the Court will please withdraw the appearance of Beverly M. Russell,

Assistant U.S. Attorney, as counsel of record for the defendants United States Department

of Agriculture and the Honorable Mike Johanns, Secretary, United States Department of

Agriculture.

Respectfully submitted,

/s/ Beverly M. Russell

BEVERLY M. RUSSELL, D.C. Bar #454257
Assistant U.S. Attorney
Judiciary Center Building
555 Fourth St., N.W., Rm. E-4915
Washington, D.C.  20530
Ph:  (202) 307-0492
Fax: (202) 514-8780
E-mail: beverly.russell@usdoj.gov