IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ALL ONE GOD FAITH, INC., et al. )<br>    Plaintffs, )<br> )<br>v. )<br> )<br>U.S. DEPARTMENT OF AGRICULTURE, )<br>et al. )<br>    Defendants. ) | Civil Action No. 1:05cv1178 (PLF) |

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that Michael Q. Hyde, a Trial Attorney with the U.S. Department of Justice, Civil Division, Federal Programs Branch, now appears as counsel of record in this matter on behalf of defendants United States Department of Agriculture and the Honorable Mike Johanns, Secretary of Agriculture.

Dated: August 1, 2005

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

KENNETH L. WAINSTEIN
United States Attorney

JAMES J. GILLIGAN
Assistant Director

     /S/
MICHAEL Q. HYDE (D.C. Bar No. 462685)
Trial Attorney
Federal Programs Branch, Civil Division
U.S. Department of Justice
P.O. Box 883
20 Massachusetts Ave., N.W., Room 7132
Washington, D.C. 20044
Telephone: (202) 514-2205
Facsimile: (202) 616-8470
E-Mail: michael.hyde@usdoj.gov

## CERTIFICATE OF SERVICE

    I hereby certify that on August 1, 2005, a true and correct copy of the foregoing Notice of Appearance was served by first class mail upon the following:

    Joseph E. Sandler
    John Hardin Young
    SANDLER, REIFF & YOUNG, P.C.
    50 E Street, S.E. #300
    Washington, D.C.  20003
    Attorneys for Plaintiffs

                                                                     /S/
                                              MICHAEL Q. HYDE