IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ALL ONE GOD FAITH, INC., et al.<br><br>    Plaintffs,<br><br>    v.<br><br>U.S. DEPARTMENT OF AGRICULTURE,<br>et al.<br><br>    Defendants. | Civil Action No. 1:05cv1178 (PLF) |

**DEFENDANTS' CONSENT MOTION AND SUPPORTING POINTS AND
AUTHORITIES FOR A THREE BUSINESS-DAY EXTENSION OF THE TIME IN
WHICH TO RESPOND TO THE COMPLAINT**

Pursuant to Federal Rule of Civil Procedure 6 and without waiver of any objection to the Complaint or this Court's jurisdiction over the parties and matters alleged, defendants, with the consent of the plaintiffs, hereby move this Court for an order extending to Wednesday, August 24, 2005, the time by which defendants must file a response to plaintiffs' Complaint in this action.

    1.    Plaintiffs filed this action on or about July 13, 2005.

    2.    Under Federal Rules of Civil Procedure 6 and 12, defendants' response to plaintiffs' motion is currently due on Friday, August 19, 2005.

    3.    A response to plaintiffs' Complaint requires significant investigation and research. Further, undersigned counsel's supervising attorney will be out of the office until Monday, August 22, 2005. Because of the time necessary to draft a proper response and counsels' calendar, defendants request a three business-day extension until Wednesday, August 24, 2005, to provide sufficient time and opportunity to prepare an appropriate response to plaintiffs'

Complaint.

4. Defendants have not requested any previous extensions in the filing of their response to the Complaint.

5. There are no other currently scheduled deadlines in this matter.

6. Pursuant to LCvR 7.1(m), undersigned defendants' counsel contacted counsel for plaintiffs regarding this request for an extension of time. Plaintiffs' counsel informed undersigned counsel that plaintiffs consent to and do not oppose the requested extension.

WHEREFORE, for the foregoing reasons, defendants respectfully request that the Court extend the time for defendants to serve and file a response to plaintiffs' Complaint by three business days to Wednesday, August 24, 2005.

Dated: August 8, 2005

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

KENNETH L. WAINSTEIN
United States Attorney

JAMES J. GILLIGAN
Assistant Director

    /S/
MICHAEL Q. HYDE (D.C. Bar No. 462685)
Trial Attorney
Federal Programs Branch, Civil Division
U.S. Department of Justice
P.O. Box 883
20 Massachusetts Ave., N.W., Room 7132
Washington, D.C. 20044
Telephone: (202) 514-2205
Facsimile: (202) 616-8470
E-Mail: michael.hyde@usdoj.gov

## CERTIFICATE OF SERVICE

      I hereby certify that on August 8, 2005, a true and correct copy of the foregoing Defendants' Consent Motion and Supporting Points and Authorities for a Three Business-Day Extension of the Time in Which to Respond to the Complaint was served by first class mail upon the following:

      Joseph E. Sandler
      John Hardin Young
      SANDLER, REIFF & YOUNG, P.C.
      50 E Street, S.E. #300
      Washington, D.C.  20003
      Attorneys for Plaintiffs


                                  /S/
                            MICHAEL Q. HYDE