IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| ALL ONE GOD FAITH, INC., et al. ) | |
| ) | |
| Plaintffs, ) | |
| ) | |
| v. ) | Civil Action No. 1:05cv1178 (PLF) |
| ) | |
| U.S. DEPARTMENT OF AGRICULTURE, ) | |
| et al. ) | |
| ) | |
| Defendants. ) | |

[Proposed] **ORDER**

Upon consideration of Defendants' Consent Motion and Supporting Points and Authorities for a Three Business-Day Extension of the Time in Which to Respond to the Complaint, it is by this Court hereby

ORDERED that the motion is GRANTED and that the time for defendants to serve and file a response to plaintiffs' Complaint is extended to Wednesday, August 24, 2005.

DONE, this _____ day of _____, 2005.

_____
PAUL L. FRIEDMAN
United States District Judge