IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| ALL ONE GOD FAITH, INC., et al. ) | |
| ) | |
| Plaintffs, ) | |
| ) | |
| v. ) | Civil Action No. 1:05cv1178 (PLF) |
| ) | |
| U.S. DEPARTMENT OF AGRICULTURE, ) | |
| et al. ) | |
| ) | |
| Defendants. ) | |

**DEFENDANTS' CONSENT MOTION AND SUPPORTING POINTS AND AUTHORITIES FOR AN EXTENSION OF THE TIME IN WHICH TO RESPOND TO THE COMPLAINT**

Pursuant to Federal Rule of Civil Procedure 6 and without waiver of any objection to the Complaint or this Court's jurisdiction over the parties and matters alleged, defendants, with the consent of the plaintiffs, hereby move this Court for an order extending to Friday, September 23, 2005, the time by which defendants must file a response to plaintiffs' Complaint in this action.

1.      Plaintiffs filed this action on or about July 13, 2005.

2.      On August 8, 2005, defendants moved, with the consent of the plaintiffs, for a three-business day extension to file a response to the Complaint [docket no. 7].  The Court granted that motion by Minute Order on August 9, 2005.  Accordingly, defendants' response to the Complaint is currently due on August 24, 2005.

3.      A response to plaintiffs' Complaint requires significant investigation and research. Further, undersigned counsel will be leaving on vacation out of the country on August 24, 2005, and will return to the office on Monday, September 12, 2005.  Because of the time necessary to draft a proper response and counsels' calendar, defendants request an extension until Friday,

September 23, 2005, to accommodate counsel's schedule and to provide sufficient time and opportunity to prepare an appropriate response to plaintiffs' Complaint.

    4.    There are no other currently scheduled deadlines in this matter.

    5.    Pursuant to LCvR 7.1(m), undersigned defendants' counsel contacted counsel for plaintiffs regarding this request for an extension of time. Plaintiffs' counsel informed undersigned counsel that <u>plaintiffs consent to and do not oppose</u> the requested extension.

WHEREFORE, for the foregoing reasons, defendants respectfully request that the Court extend the time for defendants to serve and file a response to plaintiffs' Complaint by thirty days to Friday, September 23, 2005.

Dated: August 23, 2005

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

KENNETH L. WAINSTEIN
United States Attorney

JAMES J. GILLIGAN
Assistant Director

    /S/ Michael Hyde
MICHAEL Q. HYDE (D.C. Bar No. 462685)
Trial Attorney
Federal Programs Branch, Civil Division
U.S. Department of Justice
P.O. Box 883
20 Massachusetts Ave., N.W., Room 7132
Washington, D.C. 20044
Telephone: (202) 514-2205
Facsimile: (202) 616-8470
E-Mail: michael.hyde@usdoj.gov

**CERTIFICATE OF SERVICE**

      I hereby certify that on August 23, 2005, a true and correct copy of the foregoing Defendants' Consent Motion and Supporting Points and Authorities for an Extension of the Time in Which to Respond to the Complaint was served by first class mail upon the following:

    Joseph E. Sandler
    John Hardin Young
    SANDLER, REIFF & YOUNG, P.C.
    50 E Street, S.E. #300
    Washington, D.C.  20003
    Attorneys for Plaintiffs

                                                                           /S/ Michael Hyde
                                                                     MICHAEL Q. HYDE