IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ALL ONE GOD FAITH, INC., et al.<br><br>    Plaintiffs,<br><br>        v.<br><br>U.S. DEPARTMENT OF AGRICULTURE, et al.<br><br>    Defendants. | Civil Action No. 1:05cv1178 (PLF) |

**DEFENDANTS' MOTION TO DISMISS**

Pursuant to Fed. R. Civ. P. 12(b)(1) defendants move to dismiss plaintiffs' Complaint for lack of subject matter jurisdiction. A memorandum of points and authorities in support of this motion with exhibits, and a proposed order are filed herewith and incorporated by reference.

Dated: September 23, 2005

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General
KENNETH L. WAINSTEIN
United States Attorney

    /S/ Michael Hyde
JAMES J. GILLIGAN
Assistant Director
MICHAEL HYDE (D.C. Bar No. 462685)
Trial Attorney
Federal Programs Branch, Civil Division
U.S. Department of Justice
P.O. Box 883
20 Massachusetts Ave., N.W., Room 7132
Washington, D.C. 20044
Telephone: (202) 514-2205
Facsimile: (202) 616-8470
E-Mail: michael.hyde@usdoj.gov
<u>Attorneys for Defendants</u>

**NOTICE OF ELECTRONIC FILING AND CERTIFICATE OF SERVICE**

I hereby certify that on September 23, 2005 I electronically filed a true and correct copy of the following documents with the Electronic Case Files System of the United States District Court for the District of Columbia:

(1)   Defendants' Motion to Dismiss,

(2)   Defendants' Memorandum of Points and Authorities In Support of Their Motion to Dismiss, and

(3)   Proposed Order.

Service of a true and correct copy of these documents is effected upon plaintiffs' counsel by the electronic filing system.

_____/S/_____
MICHAEL HYDE
