**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

_____
                                         )
ALL ONE GOD FAITH, INC., et al.          )
                                         )
     Plaintiffs,                     )
                                         )
           v.                   )     Civil Action No. 1:05cv1178 (PLF)
                                         )
U.S. DEPARTMENT OF AGRICULTURE,          )
et al.                                   )
                                         )
     Defendants.                     )
_____)

[Proposed] **ORDER**

     Upon consideration of defendants' Motion to Dismiss, Memorandum of Points and

Authorities in support thereof, the response thereto, all argument thereon, and the record herein,

defendants' Motion is hereby

     **GRANTED**; and it is hereby

     **ORDERED** that plaintiffs' complaint is dismissed.


                                        _____
                                        United States District Judge