

# The National Organic Program

## National Organic Program Scope

Producers and handlers of any agricultural commodity or product, whether raw or processed, including any commodity or product derived from livestock, that is marketed in the United States for human or livestock consumption may seek certification under the National Organic Program (NOP) as an organic producer or handler. Please note, the term consumption is not limited to products that are used for food. To qualify for certification, the producer or handler must comply with all applicable production, handling, and labeling regulations under the NOP including the requirements concerning the use of natural and synthetic substances (the National List). To label a product as "100 percent organic," "organic," or "made with organic (specified ingredients)" the producer or handler must be certified by an accredited certifying agent.

Specifically, we have been asked if the regulations under the NOP apply to the following products, classes of products, and production systems: mushrooms; pet foods; aquatic animals; fabrics; cosmetics; body care products; over-the-counter medications; dietary supplements; fertilizers; soil amendments; and products from greenhouse, apiculture, and hydroponic systems. Because these and other products, classes of products, and production systems contain agricultural products the producers and handlers of such products, classes of products, and production systems are eligible to seek certification under the NOP. While eligible to seek certification under the NOP, these products, classes of products, and production systems must also be produced, handled and labeled in compliance with any other applicable Federal statutes and their implementing regulations.

The NOP recognizes that producers, handlers, and accredited certifying agents will have questions regarding application of the regulations under the NOP to specific products, classes of products, and production systems. National Organic Standards Board (NOSB) recommendations related to mushrooms, apiculture, and greenhouse production are posted on the web for additional information and guidance. Please note that these NOSB recommendations, while serving as guidance are not regulations (standards) until formally implemented by NOP. Producers, handlers, and accredited certifying agents (as well as applicants for accreditation as certifying agents) are encouraged to submit their questions to the NOP by e-mail at nopwebmaster@usda.gov or by mail at USDA-AMS-TM-NOP, 1400 Independence Ave. SW, Room 4008-South Building, Ag. Stop 0268, Washington, D.C. 20250-0200, Attn: Program Scope.

After October 21, 2002, as needed, the NOP may engage in additional rulemaking to clarify the application of the existing regulations to specific products, classes of products, or production systems.

May 2, 2002

DEFENDANTS' MOTION TO DISMISS
EXHIBIT 1
2002 STATEMENT
Page 1 of 1