IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

ALL ONE GOD FAITH, INC., et al.   )
                                  )
    Plaintiffs,                    )
                                  )
    v.                             )   Civil Action No. 1:05cv1178 (PLF)
                                  )
U.S. DEPARTMENT OF AGRICULTURE,    )
et al.                            )
                                  )
    Defendants.                   )
                                  )

## DECLARATION OF BARBARA C. ROBINSON

I, Barbara C. Robinson, hereby make the following declaration with respect to the above captioned matter:

1. I am providing this declaration based on my personal knowledge and on information obtained in the course of my employment. If called as a witness, I could competently testify to the facts set forth herein.

2. I am the Deputy Administrator of Transportation and Marketing Programs of the Agricultural Marketing Service (AMS) of the United States Department of Agriculture (USDA). I have held this position for almost five years. I have been employed with USDA for the past twenty-six years, and for almost five years I have been involved in the administration of the National Organic Program (NOP).

3. As Deputy Administrator of Transportation and Marketing Programs at USDA, I oversee the administration of the NOP. Under the NOP, USDA established national standards for the production and handling of organically produced agricultural products. Organic producers and

handlers are certified by a national-level accreditation program administered by USDA, consisting of State officials and private certifying agents. If a product meets the USDA standards, it can be marketed with the official USDA organic seal. The USDA seal ensures consumers that the product has met the rigorous USDA organic standards. The production and marketing of organic agricultural products is a multi-billion dollar industry.

4.     On August 23, 2005, I issued a memorandum to all USDA accredited certifying agents regarding USDA's position on the issue of products that meet the NOP standards for organic products based on their content, irrespective of their end use. The memorandum stated, among other things, that there are agricultural products, including personal care products, that, by virtue of their organic agricultural product content, may meet the NOP standards and be labeled as "100 percent organic," "organic" or "made with organic" pursuant to the NOP regulations. Operations currently certified under the NOP that produce agricultural products that meet the NOP standards to be labeled as "organic" and to carry the USDA organic seal, or which meet the NOP standards to be labeled as "made with organic," may continue to be so labeled as long as they continue to meet the NOP standards. The memorandum was sent out to all USDA accredited certifying agents, and was posted on the NOP's web site at www.usda.gov/nop on August 24, 2005.

5.     Attached hereto as Attachment 1 is a true and correct copy of the August 23, 2005 memorandum to all USDA accredited certifying agents regarding USDA's position on the issue of products that meet the NOP standards for organic products based on their content, irrespective of their end use.

6.     Plaintiff Dr. Bronner's manufactures and distributes a line of bar and liquid soaps, lotions, and balms, some of which are certified under the NOP and bear the USDA organic seal.

3

These and other similar products that are NOP-certified may carry the USDA seal as long as they continue to meet the NOP standards. Such certification may only be suspended or revoked after notice and opportunity for hearing.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on this 23nd day of September, 2005.

*Barbara C. Robinson*
Barbara C. Robinson

# ATTACHMENT 1

August 23, 2005

MEMORANDUM

TO:         All USDA Accredited Certifying Agents

FROM:    Barbara C. Robinson
            Deputy Administrator
            Transportation and Marketing Programs
            Agricultural Marketing Service

SUBJECT:  Certification of agricultural products that meet NOP standards


The National Organic Program (NOP) has received numerous inquiries regarding its current thinking on the issue of products that meet the NOP program standards for organic products based on content, irrespective of the end use of the product. This statement is intended to clarify the NOP's position with respect to this issue, and will be provided to all of our accredited certifying agents.

Agricultural commodities or products that meet the NOP standards for certification under the Organic Foods Production Act of 1990, 7 U.S.C. §§ 6501-6522, can be certified under the NOP and be labeled as "organic" or "made with organic" pursuant to the NOP regulations, 7 C.F.R. part 205.300 et seq. To qualify for certification, the producer or handler must comply with all applicable NOP production, handling, and labeling regulations.

Operations currently certified under the NOP that produce agricultural products that meet the NOP standards to be labeled as "organic" and to carry the USDA organic seal, or which meet NOP standards to be labeled as "made with organic," may continue to be so labeled as long as they continue to meet the NOP standards. Such certification may only be suspended or revoked after notice and opportunity for hearing.

There are agricultural products, including personal care products, that, by virtue of their organic agricultural product content, may meet the NOP standards and be labeled as "100 percent organic," "organic" or "made with organic" pursuant to the NOP regulations. Businesses that manufacture and distribute such products may be certified under the NOP, and such products may be labeled as "100 percent organic," "organic" or "made with organic" so long as they meet NOP requirements. Additionally, products that may be labeled "100 percent organic" or "organic" may also carry the USDA organic seal. If additional rulemaking is required for such products to address additional labeling issues or

the use of synthetics in such products, the NOP will pursue such rulemaking as expeditiously as possible.