# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

_____

ALL ONE GOD FAITH, INC., et al.,     )
         )
     Plaintiffs     )
         )
     v.     )
         )
UNITED STATES DEPARTMENT     ) Civil Action No. 1:05cv1178(PLF)
OF AGRICULTURE,     )
et al.,     )
         )
         )
     Defendants     )
_____)

## PLAINTIFFS' MEMORANDUM IN RESPONSE
## TO DEFENDANTS' MOTION TO DISMISS

With their motion to dismiss and supporting memorandum, defendant United States Department of Agriculture has submitted a Declaration of Barbara C. Robinson, Deputy Administrator of the Agricultural Marketing Service responsible for overseeing the USDA National Organic Program, affirming that the current policy of USDA is the one plaintiffs sought to reinstate by bringing this action.

Based upon and in reliance on this Declaration, plaintiffs have no objection to dismissing this action.

Counsel for plaintiffs conferred with counsel for the Government in an effort to obtain a stipulation of dismissal pursuant to Rule 41(a) that would incorporate plaintiffs' reasons for agreeing to dismiss the case, as indicated above, but counsel for the Government declined to enter into such a stipulation.

**CONCLUSION**

The Court should dismiss the action based upon the record in this case, including

the Declaration of Barbara Robinson.  A proposed order is attached.


Respectfully submitted,


_____/s/_____

Joseph E. Sandler (DC Bar #255919)
John Hardin Young (DC Bar #190553)
SANDLER, REIFF & YOUNG, P.C.
50 E Street, S.E.  # 300
Washington, D.C. 20003
Telephone: (202) 479-1111
Facsimile (202) 479-1115
E-mail:  sandler@sandlerreiff.com


Attorneys for Plaintiffs


Dated: October 4, 2005

**CERTIFICATE OF SERVICE**

I hereby certify that on this 3d day of October 2005, I served a copy of the

foregoing Plaintiffs' Memorandum in Response to Defendants' Motion to Dismiss and

Proposed Order, by  electronic mail on--

James J. Gilligan, Esq., Assistant Director
Michael Hyde, Esq., Attorney
Federal Programs Branch
U.S. DEPARTMENT OF JUSTICE
P.O. Box 883
20 Massachusetts Ave., N.W.
Room 7132
Washington, D.C. 20044
e-mail: michael.hyde@usdoj.gov

Attorneys for Defendants


_____/s/_____

Joseph E. Sandler