IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____
ALL ONE GOD FAITH, INC., et al.,         )
                                         )
    Plaintiffs                           )
                                         )
    v.                                   )
                                         )
UNITED STATES DEPARTMENT                 ) Civil Action No. 1:05cv1178(PLF)
OF AGRICULTURE,                          )
et al.,                                  )
                                         )
                                         )
    Defendants                           )
_____)

**[PROPOSED] ORDER**

Upon consideration of and based upon defendants' Motion to Dismiss, Memorandum of Points and Authorities in support thereof, the record herein including but not limited to the Declaration of Barbara C. Robinson dated September 23, 2005, and plaintiffs' representation that they have no objection to dismissal of the action based and in reliance upon that Declaration, it is hereby

**ORDERED**, that this action be and it is hereby dismissed.

_____
PAUL L. FRIEDMAN
UNITED STATES DISTRICT JUDGE