UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| ALL ONE GOD FAITH, et al., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | Civil Action No. 05-1178 (PLF) |
| ) | |
| UNITED STATES DEPARTMENT ) | |
| OF AGRICULTURE, et al., ) | |
| ) | |
| Defendants. ) | |

ORDER

For the reasons stated in the Memorandum Opinion issued this same day, it is hereby

ORDERED that defendants' motion to dismiss [9] is GRANTED; it is

FURTHER ORDERED that this case is DISMISSED from the docket of this Court; and it is

FURTHER ORDERED that this Order and Judgment shall constitute a FINAL JUDGMENT in this case. This is a final appealable order.  See FED. R. APP. P. 4(a).

SO ORDERED.

_____/s/_____
PAUL L. FRIEDMAN
United States District Judge

DATE:  February 22, 2006